UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JENNIFER PETROSINO,**<br><br>　　　　　　　　　Plaintiff,<br><br>-vs-<br><br>**NCO FINANCIAL SYSTEMS, INC.,**<br><br>　　　　　　　　　Defendant. | *Civil Action No.: 09-cv-6520* |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jennifer Petrosino hereby voluntarily dismisses the present action against Defendant NCO Financial Systems, Inc., with prejudice, with each party bearing their own costs, expenses and attorney fees.

Date: December 10, 2009

　　　　　　　　　　　　　　　　　　　　　　　/s/Frank J. Borgese
　　　　　　　　　　　　　　　　　　　　　　　Frank J. Borgese, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Graham Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　　1207 Delaware Ave., Suite 202
　　　　　　　　　　　　　　　　　　　　　　　Buffalo, New York 14209
　　　　　　　　　　　　　　　　　　　　　　　fborgese@grahamlawpc.com
　　　　　　　　　　　　　　　　　　　　　　　716.200.1520